■ Louis A. MARCHESE et al., Appellants, v ANNE HERMAN, Respondent. [669 NYS2d 116] —Order unanimously affirmed with costs (*see, Thomas v Hulslander,* 233 AD2d 567). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.